IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re:<br><br>MARYBETH BROWNE<br><br>Debtor | Case No.: 18-19770<br><br>Chapter 7 |

### NOTICE OF CONTINUED
### SECTION 341 MEETING OF CREDITORS

YOU ARE HEREBY NOTIFIED that the time for the initial section 341 meeting of creditors for the above-captioned case, originally scheduled for August 22nd, 2018 at 10:30 A.M. has been continued to September 25th, 2018 at 11:15 A.M.  The continued meeting will be conducted at the Office of the U.S. Trustee, 6305 Ivy Lane, Suite 6th Floor, Greenbelt, Maryland, 20770.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of July, 2018, a copy of the foregoing Notice of Continued Section 341 Meeting of Creditors was sent to the following persons, United States Trustee, 6305 Ivy Lane, Greenbelt, Maryland 20770, Chapter 7 Trustee, Merrill Cohen, Cohen, Baldinger & Greenfeld, LLC, 2600 Tower Oaks Blvd., Suite 103, Rockville, MD 20852, and to all creditors required to receive notice, via first class mail or by electronic filling through CM/ECF.

- Bank Of America P.O. Box 15019 Wilmington, DE 19886-5019
- Harris & Capristo 23093 Three Notch Road California, MD 20619
- JC Penney - Synchrony Bank Attn: Bankruptcy Dept. P.O. Box 965060 Orlando, FL 32896-5060
- KOHLS P.O. BOX 2983 Milwaukee, WI 53201
- Med Star P.O. Box 418730 Boston, MA 02241-8730
- Med Star Med Group SOMD P.O. Box 419055 Boston, MA 02241-9055

- NFCU P.O. BOX 3100 Merrifield, VA 22119

- Synchrony Bank P.O. Box 965003 Orlando, FL 32896-5003

- TARGET CARD SERVICES P.O. BOX 660170 Dallas, TX 75266-0170

- TJX Rewards P.O. Box 530948 Atlanta, GA 30358-0948

- Union Plus Credit Card - Capital One Atlantic Credit Financial 320E Big Beaver, Ste. 300 Java Village, NY 14083

Respectfully submitted,

By: /s/ DANIEL J. GUENTHER
      Daniel J. Guenther
      P.O. Box 623
      Leonardtown, MD 20650
      (301)475-3106