Entered: July 26th, 2018
Signed: July 26th, 2018

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **18–19770 – LSS**   Chapter: **7**

**Mary Beth Browne**
Debtor

## ORDER GRANTING CONSENT MOTION
## TO EXTEND DEADLINE TO FILE
## COMPLAINTS OBJECTING TO DISCHARGE

Upon consideration of a Consent Motion to Extend the Deadline to File Complaints Objecting to Discharge, good cause appearing therein, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the deadline for all parties–in–interest to file complaints objecting to the discharge of the Debtor(s) is extended to **December 21, 2018**

NOTICE: THIS ORDER DOES NOT EXTEND THE DEADLINE TO FILE A COMPLAINT TO DETERMINE THAT A DEBT IS NOT DISCHARGEABLE PURSUANT TO 11 U.S.C. § 523(c).

cc:   Debtor
      Attorney for Debtor – Daniel J. Guenther
      Case Trustee – Merrill Cohen
      U.S. Trustee
      All Creditors

**End of Order**

22x10 (rev. 01/06/2009) – akaniowski