United States Bankruptcy Court
District of Maryland

In re:                                                                      Case No. 18-19770-LSS
Mary Beth Browne                                                            Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0416-0         User: akaniowsk          Page 1 of 1           Date Rcvd: Jul 26, 2018
                             Form ID: pdfall          Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2018.
```
30687175       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bank Of America,    P.O. Box 15019,    Wilmington, DE 19886-5019)
30687359        +Comptroller of the Treasury,    Compliance Division, Room 409,    301 W. Preston Street,
                  Baltimore, MD 21201-2305
30687176        +Harris & Capristo,    23093 Three Notch Road,    California, MD 20619-2409
30687179         MedStar,    P.O. Box 418730,    Boston, MA 02241-8730
30687180         MedStar Med Group SOMD,    P.O. Box 419055,    Boston, MA 02241-9055
30687183         TARGET CARD SERVICES,    P.O. BOX 660170,    Dallas, TX 75266-0170
30687185         Union Plus Credit Card - Capital One,    Atlantic Credit Financial,    320E Big Beaver, Ste. 300,
                  Java Village, NY 14083
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
30687177         E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2018 20:05:02      JC Penney - Synchrony Bank,
                  Attn: Bankruptcy Dept,    P.O. Box 965060,    Orlando, FL 32896-5060
30687178        +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 26 2018 19:54:09      KOHLS,    P.O. BOX 2983,
                  Milwaukee, WI 53201-2983
30687181        +E-mail/Text: ext_ebn_inbox@navyfederal.org Jul 26 2018 19:55:17      NFCU,    P.O. BOX 3100,
                  Merrifield, VA 22119-3100
30687358        +E-mail/Text: UIBankruptcyNotices.DLLR@maryland.gov Jul 26 2018 19:55:38
                  State of Maryland DLLR,    Division of Unemployment Insurance,    1100 N. Eutaw Street, Room 401,
                  Baltimore, MD 21201-2225
30687182         E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2018 20:05:01      Synchrony Bank,    P.O. Box 965003,
                  Orlando, FL 32896-5003
30687184        +E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2018 20:05:01      TJX Rewards,    P.O. Box 530948,
                  Atlanta, GA 30353-0948
30687357        +E-mail/Text: jeanette.davis@stmarysmd.com Jul 26 2018 19:54:23      Taxing Authority of,
                  St. Mary's County, MD,    Governmental Center - POB 653,    Leonardtown, MD 20650-0653
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2018 at the address(es) listed below:
```
              Daniel J. Guenther    guentherlaw01@hotmail.com, danieljamesguenther@hotmail.com
              Merrill   Cohen    trustee@cohenbaldinger.com, mcohen@ecf.epiqsystems.com
                                                                                              TOTAL: 2
```

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:    Case No.: **18−19770 − LSS**    Chapter: **7**

**Mary Beth Browne**
Debtor

## ORDER GRANTING CONSENT MOTION
## TO EXTEND DEADLINE TO FILE
## COMPLAINTS OBJECTING TO DISCHARGE

Upon consideration of a Consent Motion to Extend the Deadline to File Complaints Objecting to Discharge, good cause appearing therein, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the deadline for all parties−in−interest to file complaints objecting to the discharge of the Debtor(s) is extended to **December 21, 2018**

NOTICE: THIS ORDER DOES NOT EXTEND THE DEADLINE TO FILE A COMPLAINT TO DETERMINE THAT A DEBT IS NOT DISCHARGEABLE PURSUANT TO 11 U.S.C. § 523(c).

cc:   Debtor
      Attorney for Debtor – Daniel J. Guenther
      Case Trustee – Merrill Cohen
      U.S. Trustee
      All Creditors

**End of Order**

22x10 (rev. 01/06/2009) – akaniowski