```
                           United States Bankruptcy Court
                                District of Maryland
In re:                                                         Case No. 18-19770-LSS
Mary Beth Browne                                               Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0416-0          User: akaniowsk            Page 1 of 1              Date Rcvd: Jul 26, 2018
                              Form ID: pdfparty          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2018.
db             Mary Beth Browne,    25159 Colton's Point Rd,    Morganza, MD  20660

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2018 20:05:21      Synchrony Bank,
                c/o PRA Receivables,   Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2018 at the address(es) listed below:
              Daniel J. Guenther    guentherlaw01@hotmail.com, danieljamesguenther@hotmail.com
              Merrill   Cohen    trustee@cohenbaldinger.com, mcohen@ecf.epiqsystems.com
                                                                                             TOTAL: 2

Entered: July 26th, 2018
Signed: July 26th, 2018

**SO ORDERED**



**LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:    Case No.: **18−19770 − LSS**    Chapter: **7**

**Mary Beth Browne**
Debtor

## ORDER GRANTING CONSENT MOTION
## TO EXTEND DEADLINE TO FILE
## COMPLAINTS OBJECTING TO DISCHARGE

Upon consideration of a Consent Motion to Extend the Deadline to File Complaints Objecting to Discharge, good cause appearing therein, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the deadline for all parties−in−interest to file complaints objecting to the discharge of the Debtor(s) is extended to **December 21, 2018**

NOTICE: THIS ORDER DOES NOT EXTEND THE DEADLINE TO FILE A COMPLAINT TO DETERMINE THAT A DEBT IS NOT DISCHARGEABLE PURSUANT TO 11 U.S.C. § 523(c).

cc:  Debtor
    Attorney for Debtor – Daniel J. Guenther
    Case Trustee – Merrill Cohen
    U.S. Trustee
    All Creditors

**End of Order**

22x10 (rev. 01/06/2009) – akaniowski