Certificate Number: 16337-MD-DE-031623182

Bankruptcy Case Number: 18-19770



16337-MD-DE-031623182

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 16, 2018</u>, at <u>7:47</u> o'clock <u>PM EDT</u>, <u>Mary B Browne</u> completed a course on personal financial management given <u>by internet</u> by <u>$ Education USA, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Maryland</u>.

Date:   <u>September 16, 2018</u>          By:   <u>/s/Nisrene Tarraf</u>

                                        Name:   <u>Nisrene Tarraf</u>

                                        Title:   <u>Educator</u>